# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>THE RESIDENCE, PREMISES, OUTBUILDINGS, AND VEHICLES LOCATED AT 1946 THOMPSON ST. SE; CLEVELAND, TENNESSEE | ) ) ) ) ) ) Case No. 1:24-mj- 7 |

## APPLICATION FOR ANTICIPATORY SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A, incorporated herein.

located in the ____Eastern____ District of ____Tennessee____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B, incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 843(b), and 846. | Distribution / conspiracy to distribute a controlled substance; Using a communication facility in facilitating the commission of a felony. |

The application is based on these facts:

See attached affidavit of Task Force Officer Joshua Orlowski, Drug Enforcement Administration.

☑ Continued on the attached sheet.
☐ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Joshua Orlowski, DEA Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 11, 2024

*Judge's signature*

City and state: Chattanooga, Tennessee      Hon. Christopher H. Steger, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

IN THE MATTER OF THE SEARCH OF: )  Case No. 1:24-mj- 7
THE RESIDENCE PREMISES, OUTBUILDINGS )  Magistrate Judge Christopher Steger
AND VEHICLES LOCATED AT )
1946 THOMPSON ST SE )
CLEVELAND, TENNESSEE, 37311 )

## ATTACHMENT A

### DESCRIPTION OF THE PROPERTY TO BE SEARCHED

1946 Thompson Street SE, Cleveland, Tennessee, 37311, can be described as a single-story, single family, yellow in color, with green paint trim around the exterior windows and an open air carport/garage, as pictured below



Page 1 of 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

IN THE MATTER OF THE SEARCH OF: )  Case No. 1:24-mj- 7
THE RESIDENCE PREMISES, OUTBUILDINGS )  Magistrate Judge Christopher Steger
AND VEHICLES LOCATED AT )
1946 THOMPSON ST SE )
CLEVELAND, TENNESSEE, 37311 )

## ATTACHMENT B

## LIST OF ITEMS AUTHORIZED TO BE SEARCHED FOR AND SEIZED PURSUANT TO SEARCH WARRANT

a. Subject Parcel(s)

b. Books, photographs, records, receipts, notes, ledgers and other papers which show the transportation, ordering, purchase, distribution, possession, sale or manufacture of controlled substances;

c. Address and/or telephone books and papers reflecting names, addresses, and/or telephone numbers, written or typed by hand as opposed to printed commercially;

d. Letters, mail, and packaging material

e. Computerized and electronic storage devices including thumb drives, hard drives, external storage devices, laptops, tablets, cell phones, and computers. (SEIZURE ONLY. SUBSEQUENT WARRANTS WILL BE APPLIED FOR TO SEARCH THE CONTENTS OF ANY SUCH DEVICE)

f. Receipts, bank statements and records, money drafts, letters of credit, wire transfers, safe deposit box keys, money order and cashier's check receipts, passbooks, bank checks, and other items that reflect the expenditure, obtaining, secreting, transfer or concealment of drug proceeds;

g. United States currency, precious metals, jewelry, and financial instruments, including, but not limited to, stocks and bonds, notes and other documents showing an accumulation of assets, wealth, or money to the extent that these items are found in such quantity, substance and/or quality as to permit a reasonable inference that such items are proceeds of drug trafficking;

h. Controlled substances, material and paraphernalia for manufacturing, packaging, cutting, weighing, and distributing controlled substances, but not limited to scales, baggies, and packing material;

i. Indicia of occupancy, residency, and/or ownership of the premises described above and other real property, including but not limited to deeds, utility and telephone bills, canceled envelopes, and keys;

j. The visual image, by way of photography, of all furnishings and equipment in, on, under, attached, or appurtenant to said premises;

k. Papers, tickets, notes schedules, receipts and other documents relating to travel to and from drug source areas and drug distribution areas;

l. Any and all other material evidence of violations of 21 U.S.C. §§ 841, 843, and 846, which include attempt and possession with intent to distribute and distribution of controlled substances and importation of a controlled substance from a foreign country.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

IN THE MATTER OF THE SEARCH OF: )  Case No. 1:24-mj- 7
THE RESIDENCE PREMISES, OUTBUILDINGS )  Magistrate Judge Christopher Steger
AND VEHICLES LOCATED AT )
1946 THOMPSON ST SE )
CLEVELAND, TENNESSEE, 37311 )

**AFFIDAVIT**

I, Joshua Orlowski, being duly sworn, hereby depose and say:

1. I am a Task Force Officer of the Department of Justice, Drug Enforcement Administration (DEA). As such, I am "an investigative or law enforcement officer of the United States," as defined within Section 2510(7) of Title 18, United States Code, and empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 21 of the United States Code. I have been assigned as a Task Force Officer with DEA since January 2022. I am currently assigned to the Chattanooga Resident Office, Chattanooga, Tennessee, investigating narcotics trafficking, money laundering, and the diversion of illicit pharmaceutical controlled substances and listed chemicals.

2. Since 2013, I have also been employed as a Special Agent with the Tennessee Bureau of Investigation ("TBI") where I received approximately eighteen weeks of specialized training in law enforcement during Basic Criminal Investigator School at the Tennessee Law Enforcement Training Academy in Nashville, Tennessee. This training consisted of specialized training in identification of narcotics, narcotics sales and trafficking, gang networks and affiliations, money laundering, and generalized police work and techniques. Upon graduation from Basic Criminal Investigator School I was assigned to the TBI Drug Investigation Division. In addition to the training acquired at TBI Basic Criminal Investigator School, I attended an 80-hour DEA Basic Narcotics Investigation class in Nashville, Tennessee. During this training I gained

Page 1 of **8**

knowledge and experience in the recognition and investigation of illegal drugs. In 2012, I also attended DEA Task Force Officer School. This training class was hosted by DEA training staff in Atlanta, Georgia. In October 2015, I attended the State of Tennessee Title III Wiretap Certification Course and have been certified to author Tennessee Title III wiretaps. In addition to the above-mentioned training, I have also received certification in clandestine laboratory training and Level A hazardous materials training.

3. Prior to being a DEA Task Force Officer/TBI Special Agent, I was employed as a Trooper with the Tennessee Highway Patrol where I was assigned to the criminal and drug interdiction team and worked as a narcotics K-9 handler. During my time as a Trooper, I initiated numerous drug arrests resulting in convictions in State and Federal court. I have been a law enforcement officer with the State of Tennessee since July of 2007. In that capacity, I investigated many violations of Tennessee State Laws, including the Tennessee Controlled Substances Act. As a result, I have become familiar with methods of operation of drug traffickers and organizations. As a Task Force Officer with the DEA, I have the responsibility of working with other federal and state law enforcement officers in investigations of violations of federal and state controlled substance laws, including the investigation of heroin, schedule II pharmaceutical pills, cocaine, methamphetamine, marijuana, and other dangerous drug organizations.

4. I have participated in the debriefing of defendants, witnesses, and informants, during which time I have discussed with them their methods of drug smuggling, distribution, packaging, trafficking, avoiding law enforcement, and laundering proceeds, among other concerns related to drug trafficking. I have discussed and learned from other law enforcement investigators in regard to these matters as well.

5.  Based on my training and experience, and on conversations with other experienced narcotics investigators, I have gained experience in the techniques and methods used by drug traffickers to distribute controlled substances, their use of cellular phones and other electronic communication devices to facilitate their drug trafficking activity, and the methods used to conceal and launder the proceeds of said activity.

6.  The facts in this affidavit come from my personal observations, my training and experience, and/or information obtained from other law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## RELEVANT FACTS

1.  On January 10, 2024, the Honorable Christopher H. Steger, United States Magistrate Judge authorized search warrant 1:24-mj-5 for the following USPS Mail Parcel in the Custody of the United States Postal Inspection Service (hereinafter "parcel").

| From: | To: |
|---|---|
| Richard Soto | Austin Johnson |
| 83213 Greenbrier Road | 1946 Thompson St SE |
| Indio, CA 92203 | Cleveland, TN 37311 |

2.  On January 10, 2024, TFO Lauren Moon executed the search warrant on the aforementioned package and subsequently located approximately 2 pounds of suspected methamphetamine vacuum sealed in plastic wrapping. TFO Moon conducted a presumptive test utilizing a department issued TruNarc device which indicated the substance contained methamphetamine with an approximate gross weight of 903 grams.

3.  Based on a review of available databases by your affiant, there was no "Austin Johnson" associated with 1946 Thompson St SE, Cleveland, Tennessee, 37311. Additionally,

TFO Moon conducted a query of the recipient address of 1946 Thompson St SE, Cleveland, Tennessee. TFO Moon was unable to locate or identify any legitimate subjects by the listed recipient name of "Austin Johnson" associated with this address through USPS business records. Based on training and experience, investigators know it is common for senders and recipients of illegal drugs and their proceeds to commonly alter their names, utilize partial names, or utilize fictitious names on USPS parcels to hinder law enforcement from identifying the subjects involved in illegal drug trafficking and the trafficking of its proceeds.

4. Using databases available to law enforcement and USPS business records, TFO Moon conducted a query law enforcements records associated with this residential address. The law enforcement records and USPS business records indicated this residence had been consistently affiliated with John R. GLOVER. This address was also found to be listed as GLOVER'S residential address on his Tennessee state-issued identification as well. Upon review of GLOVER's law enforcement reports and criminal history, it was determined that GLOVER was a convicted felon based on a prior conviction in the United States District Court for the Eastern District of Tennessee. GLOVER also was found to have additional prior arrests and incidents related to drugs and/or drug paraphernalia.

5. More specifically, in May of 2010 GLOVER was charged, and subsequently convicted, of possession of child pornography in the United States District Court for the Eastern District of Tennessee. Additionally, on February 5, 2007, GLOVER pled guilty to simple possession of methamphetamine in Bradley County, Tennessee. An examination of GLOVER's criminal history also reveals several charges for possession of Schedule IV drugs, Schedule VI drugs, and drug paraphernalia.

6. On January 10, 2024, agents involved with this investigation conducted surveillance in the area of the target residence. 10th DTF Assistant Director Matt Bales observed a silver Ford Escape bearing Tennessee registration BGQ9749. A query of law enforcement databases show the above vehicle is registered to John GLOVER.

7. Prior to the controlled delivery, law enforcement officers will remove all of the suspected controlled substances from the subject parcel. The package will then be re-wrapped to match its original condition. A device which monitors movement of the subject parcel as well as light which would signal investigators that the package had been opened will be inserted into the subject parcel. Law enforcement officers intend to conduct visual surveillance of the package upon its delivery to determine if it is taken inside the residence. The search of 1946 Thompson St SE, Cleveland, Tennessee, triggered by the successful delivery of the USPS parcel bearing USPS Tracking Number: 9505 5156 3173 4008 6734 80 being taken inside the target residence by someone other than a law enforcement officer or mail carrier, is expected to lead to evidence, fruits, and instrumentalities of drug trafficking and the identification of individuals who are engaged in the commission of those and related crimes. This affidavit is made in support of a court order authorizing a search of the target address only on the condition of the successful delivery of the parcel described herein to the target address. Therefore, I seek authorization to execute a search warrant and seizure warrant at the target address based on probable cause that will exist upon the successful delivery of the parcel at the target address and the parcel's being taken inside the residence.

8. Based upon the above information and with the occurrence of the successful delivery of the parcel I believe that probable cause exists for a search warrant of the target address

of 1946 Thompson St SE, Cleveland, Tennessee, any people found therein, and any vehicles parked on the property or curtilage to search for and seize the following:

a. Subject Parcel(s)

b. Books, photographs, records, receipts, notes, ledgers and other papers which show the transportation, ordering, purchase, distribution, possession, sale or manufacture of controlled substances;

c. Address and/or telephone books and papers reflecting names, addresses, and/or telephone numbers, written or typed by hand as opposed to printed commercially;

d. Letters, mail, and packaging material

e. Computerized and electronic storage devices including thumb drives, hard drives, external storage devices, laptops, tablets, cell phones, and computers. (SEIZURE ONLY. SUBSEQUENT WARRANTS WILL BE APPLIED FOR TO SEARCH THE CONTENTS OF ANY SUCH DEVICE)

f. Receipts, bank statements and records, money drafts, letters of credit, wire transfers, safe deposit box keys, money order and cashier's check receipts, passbooks, bank checks, and other items that reflect the expenditure, obtaining, secreting, transfer or concealment of drug proceeds;

g. United States currency, precious metals, jewelry, and financial instruments, including, but not limited to, stocks and bonds, notes and other documents showing an accumulation of assets, wealth, or money to the extent that these

items are found in such quantity, substance and/or quality as to permit a reasonable inference that such items are proceeds of drug trafficking;

h. Controlled substances, material and paraphernalia for manufacturing, packaging, cutting, weighing, and distributing controlled substances, but not limited to scales, baggies, and packing material;

i. Indicia of occupancy, residency, and/or ownership of the premises described above and other real property, including but not limited to deeds, utility and telephone bills, canceled envelopes, and keys;

j. The visual image, by way of photography, of all furnishings and equipment in, on, under, attached, or appurtenant to said premises;

k. Papers, tickets, notes schedules, receipts and other documents relating to travel to and from drug source areas and drug distribution areas;

l. Any and all other material evidence of violations of 21 U.S.C. §§ 841, 843, and 846, which include attempt and possession with intent to distribute and distribution of controlled substances and importation of a controlled substance from a foreign country.

9. In order to assure compliance with applicable law, I further request that this Court condition the effectiveness of this anticipatory search warrant upon the successful delivery of the subject parcel to the target address, with a successful delivery being defined as a person other than a law enforcement officer or mail carrier taking possession of the subject parcel at the target address, premises, or it's curtilage and taking the parcel inside the residence.

FURTHER AFFIANT SAYETH NAUGHT.

(SIGNATURE NEXT PAGE)

_____
Joshua Orlowski
Task Force Officer
Drug Enforcement Administration



Sworn to and subscribed to before me this ___11th___ day of January, 2024,

_____
United States Magistrate Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

IN THE MATTER OF THE SEARCH OF: )  Case No. 1:24-mj- 7
THE RESIDENCE PREMISES, OUTBUILDINGS )  Magistrate Judge Christopher Steger
AND VEHICLES LOCATED AT )
1946 THOMPSON ST SE )
CLEVELAND, TENNESSEE, 37311 )

## ATTACHMENT A

### DESCRIPTION OF THE PROPERTY TO BE SEARCHED

1946 Thompson Street SE, Cleveland, Tennessee, 37311, can be described as a single-story, single family, yellow in color, with green paint trim around the exterior windows and an open air carport/garage, as pictured below



Page **1** of **3**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

IN THE MATTER OF THE SEARCH OF: )  Case No. 1:24-mj- 7
THE RESIDENCE PREMISES, OUTBUILDINGS )  Magistrate Judge Christopher Steger
AND VEHICLES LOCATED AT )
1946 THOMPSON ST SE )
CLEVELAND, TENNESSEE, 37311 )

## ATTACHMENT B

### LIST OF ITEMS AUTHORIZED TO BE SEARCHED FOR AND SEIZED PURSUANT TO SEARCH WARRANT

a. Subject Parcel(s)

b. Books, photographs, records, receipts, notes, ledgers and other papers which show the transportation, ordering, purchase, distribution, possession, sale or manufacture of controlled substances;

c. Address and/or telephone books and papers reflecting names, addresses, and/or telephone numbers, written or typed by hand as opposed to printed commercially;

d. Letters, mail, and packaging material

e. Computerized and electronic storage devices including thumb drives, hard drives, external storage devices, laptops, tablets, cell phones, and computers. (SEIZURE ONLY. SUBSEQUENT WARRANTS WILL BE APPLIED FOR TO SEARCH THE CONTENTS OF ANY SUCH DEVICE)

f. Receipts, bank statements and records, money drafts, letters of credit, wire transfers, safe deposit box keys, money order and cashier's check receipts, passbooks, bank checks, and other items that reflect the expenditure, obtaining, secreting, transfer or concealment of drug proceeds;

g. United States currency, precious metals, jewelry, and financial instruments, including, but not limited to, stocks and bonds, notes and other documents showing an accumulation of assets, wealth, or money to the extent that these items are found in such quantity, substance and/or quality as to permit a reasonable inference that such items are proceeds of drug trafficking;

h. Controlled substances, material and paraphernalia for manufacturing, packaging, cutting, weighing, and distributing controlled substances, but not limited to scales, baggies, and packing material;

i. Indicia of occupancy, residency, and/or ownership of the premises described above and other real property, including but not limited to deeds, utility and telephone bills, canceled envelopes, and keys;

j. The visual image, by way of photography, of all furnishings and equipment in, on, under, attached, or appurtenant to said premises;

k. Papers, tickets, notes schedules, receipts and other documents relating to travel to and from drug source areas and drug distribution areas;

l. Any and all other material evidence of violations of 21 U.S.C. §§ 841, 843, and 846, which include attempt and possession with intent to distribute and distribution of controlled substances and importation of a controlled substance from a foreign country.